United States District Court
Southern District of Texas
**ENTERED**
July 08, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT                SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| ALMA MENDOZA f/k/a ALMA GOMEZ, | § |
| versus | § CIVIL ACTION No. **7:22-cv-00138** |
| **RUSHMORE LOAN MANAGEMENTSERVICES, LLC,** | § § |

ORDER STRIKING DOCUMENT

The Clerk has noted the filing of your <u>DEFENDANT'S REQUEST FOR RULING ON ITS MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6) (D.E.(#10 ))</u>; however, it is deficient as checked.  (L.R. refers to the Local Rule of this District).

1.  ☐  Document is not signed (L.R. 11.3).
2.  ☐  Document does not comply with (L.R.11.3.A).
3.  ☐  Caption of the document is incomplete (L.R.10.1).
4.  ☐  No certificate of service or explanation why service is not required (L.R. 5.3).
5.  ☒  Motion does not comply with L.R.7

    a.  ☒  No statement of opposition or non-opposition (L.R. 7.1.D(2)).
    b.  ☒  No statement of conference between counsel (L.R. 7.1.D(1)).
    c.  ☒  No separate proposed order attached (L.R. 7.1.C).

6.  ☐  Motion to consolidate does not comply with (L.R.7.6).
7.  ☐  Other:

The document is stricken from the record.

Date: _7/7/22_

_Ricardo H. Hinojosa_
RICARDO H. HINOJOSA
U.S. DISTRICT JUDGE