United States District Court
Southern District of Texas
**ENTERED**
October 31, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| ALMA MENDOZA f/k/a ALMA GOMEZ, | § § § § § | |
| Plaintiff, | § | |
| v. | § § | Civil Action No. 7:22-cv-00138 |
| RUSHMORE LOAN MANAGEMENT SERVICES, LLC, | § § § § | |
| Defendant. | § | |

### ORDER GRANTING DEFENDANT'S MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)

CAME ON TO BE CONSIDERED the Motion to Dismiss Pursuant to the Federal Rule of Civil Procedure 12(b)(6) ("the Motion") filed by Defendant Rushmore Loan Management Services, LLC ("Defendant"). Having considered the Motion and any timely response thereto by Plaintiff Alma Mendoza f/k/a Alma Gomez ("Plaintiff"), the Court determines that the Motion should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Motion is granted and Plaintiff's claims in her Original Petition are dismissed with prejudice. All relief not granted herein is denied.

SIGNED on _____10/31_____, 2022, at McAllen, Texas.

_____
RICARDO H. HINOJOSA
UNITED STATES DISTRICT JUDGE